IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN C. BERKERY, SR.,** | : | |
| *Plaintiff,* | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **CAPITAL ONE FINANCIAL CORP.** | : | |
| **et al.,** | : | **NO. 18-3417** |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this 1st day of May, 2019, upon consideration of Defendants' Motion to Dismiss (Doc. No. 14),[1] Plaintiff's Amended Response (Doc. No. 19), Plaintiff's Letter (Doc. No. 25), and Defendants' Letter in Response (Doc. No. 26), **it is ORDERED** that Defendants' Motion to Dismiss (Doc. No. 14) is **GRANTED**. Plaintiff may file an amended complaint on or before 30 days from the date of this order.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] Although this motion to dismiss was filed by Equifax Information Services LLC, the Court granted motions to join the motion to dismiss filed by Trans Union, Corp. and Experian Information Solutions, Inc. (Doc. No. 24). As such, this order applies to all of the remaining defendants in this case.