IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN C. BERKERY, SR., *Plaintiff* | : : : | CIVIL ACTION |
| v. | : : | |
| EQUIFAX INFORMATION SERVICES LLC et al., *Defendants* | : : : : | NO. 18-3417 |

## ORDER

**AND NOW**, this 19th day of December, 2019, upon consideration of the defendants' Joint Motion to Dismiss Amended Complaint (Doc. No. 31), the response in opposition (Doc. Nos. 34, 36),[1] Mr. Berkery's Motion to Strike with Prejudice Defendants' Joint Motion to Dismiss Amended Complaint (Doc. No. 32), the response in opposition (Doc. No. 35), and the reply in support (Doc. No. 37), it is **ORDERED** that:

1. Mr. Berkery's Motion to Strike (Doc. No. 32) is **DENIED**.

2. The defendants' Motion to Dismiss (Doc. No. 31) is **DENIED**.

BY THE COURT:

/s/ Gene E.K. Pratter

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] Mr. Berkery filed a response in opposition to the defendants' motion to dismiss on May 20, 2019. (Doc. No. 34). On June 4, 2019, he filed an "amended response in opposition" to the defendants' motion to dismiss (Doc. No. 36). The Court construes both documents as Mr. Berkery's response in opposition.

As noted in the memorandum, Mr. Berkery filed two memoranda in support of his motion to strike which include substantive arguments opposing the defendants' motion to dismiss. (Doc. No. 32 at 3-8; Doc. No. 33.) He resubmitted these documents in his response in opposition to the defendants' motion to dismiss. (Doc. No. 34). The Court considers Mr. Berkery's substantive arguments contained in the two memoranda in ruling on the defendants' motion to dismiss.